# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1315
Lower Tribunal No. 2021-CA-008420-O

_____

MAYLIN MASO,

Appellant,

v.

SECURITY FIRST INSURANCE COMPANY d/b/a SECURITY FIRST FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 15, 2023

PER CURIAM.

We reverse the trial court's final order dismissing Appellant's complaint and remand for further proceedings consistent with our opinion in *Hughes v. Universal Property & Casualty Insurance Co.*, No. 6D23-296, 2023 WL 8108671 (Fla. 6th DCA Nov. 22, 2023).[1]  Also consistent with *Hughes*, we certify conflict with *Cole*

_____

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

*v. Universal Property & Casualty Insurance Co.*, 363 So. 3d 1089 (Fla. 4th DCA 2023).

REVERSED and REMANDED.

STARGEL, NARDELLA and GANNAM, JJ., concur.

Kenneth R. Duboff, of Duboff Law Firm, North Miami, for Appellant.

C. DeWitt Revels, III, and Celeste Murphy-Gerling, of Walker, Revels, Greninger, PLLC, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED